for failure to prosecute in accordance with the rules.

Gaudencio L. MUYCO, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 2012–3022.

United States Court of Appeals,
Federal Circuit.

Dec. 5, 2011.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Michael Wayne LONG, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2012–5015.

United States Court of Appeals,
Federal Circuit.

Dec. 5, 2011.

Michael Wayne Long, Lagrange, KY, pro se.

Robert C. Bigler, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.